# THE UNITED STATES DISTRICT COUR
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER CONFIRMING SALE** |
| | ) | |
| Marilyn Drager, et al., | ) | |
| | ) | Case No. 1:08-cv-003 |
| Defendants. | ) | |

After an examination of the proceedings of the United States Marshal for the District of North Dakota relative to his sale of the property foreclosed in the above-entitled action, and being satisfied in all respects that the Marshal has conformed to the law,

**IT IS ORDERED** that the sale of the Marshal, as set forth in the Marshal's return on file with the Clerk of this Court, be and the same is in all things confirmed.

**IT IS FURTHER ORDERED** that the records of the Clerk of this Court shall show that the Court is satisfied with the legality of the sale.

**IT IS FURTHER ORDERED** that the United States Marshal for the District of North Dakota shall issue to the purchaser of the real property a Marshal's deed conveying to it all of the interest in the property purchased at the Marshal's sale.

Dated this 26th day of January, 2009.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court